[No. 71790-1-I.   Division One.   March 9, 2015.]

WILL KNEDLIK, *Appellant*, v. SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-04754-3, Dean Scott Lum, J., entered May 31, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 71890-8-I.   Division One.   March 9, 2015.]

*In the Matter of the Dependency of* M.P.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. JULIO PRADO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-7-11985-2, Richard D. Eadie, J., entered March 21, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Schindler, JJ.

[No. 72760-5-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL DEMETRIUS ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-04166-2, Kathryn J. Nelson, J., entered June 14, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 72763-0-I.   Division One.   March 9, 2015.]

ALOYS R. WEGLEITNER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-10734-9, Jack F. Nevin, J., entered October 25, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Lau and Trickey, JJ.